AO 442 (Rev. 4/97) Warrant for Arrest

# UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

FILED IN CLERK'S OFFICE
2003 DEC 12 P 2: 27
U.S. DISTRICT COURT
DISTRICT OF MASS

UNITED STATES OF AMERICA

v.

SCOTT MYERS

WARRANT FOR ARREST

Case Number: 03-10370-DPW

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest __Scott Myers__
Name

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

[X] INDICTMENT  [ ] INFORMATION  [ ] COMPLAINT  [ ] ORDER OF COURT  [ ] VIOLATION OF NOTICE  [ ] PROBATION VIOLATION PETITION

CHARGING HIM OR HER WITH (brief description of offense)

**Conspiracy to possess with intent to distribute and to distribute marijuana**

in violation of __21__ United States Code, Section(s) __846__

Sheila Dein
Name of Issuing Officer

Operations Supervisor
Title of Issuing Officer

_[signature]_
Signature of Issuing Officer

Boston, MA; December 4, 2003
Date and Location

Bail fixed at $ _____    BY _____

---

**RETURN**

THIS WARRANT WAS RECEIVED AND EXECUTED WITH THE ARREST OF THE ABOVE NAMED DEFENDANT
AT _____

| DATE RECEIVED | WARRANT EXECUTED BY ARREST/ARRAIGNMENT OF THE DEFENDANT NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST | | |