# FINANCIAL AFFIDAVIT
IN SUPPORT OF REQUEST FOR ATTORNEY, EXPERT OR OTHER COURT SERVICES WITHOUT PAYMENT OF FEE

| IN UNITED STATES | ☐ MAGISTRATE | ☑ DISTRICT | ☐ APPEALS COURT or | ☐ OTHER PANEL (Specify below) |

IN THE CASE OF: USA v.s. BANNERMAN

LOCATION NUMBER:

PERSON REPRESENTED (Show your full name): SCOTT MYERS

1. ☑ Defendant—Adult
2. ☐ Defendant - Juvenile
3. ☐ Appellant
4. ☐ Probation Violator
5. ☐ Parole Violator
6. ☐ Habeas Petitioner
7. ☐ 2255 Petitioner
8. ☐ Material Witness
9. ☐ Other

CHARGE/OFFENSE: ☑ Felony  ☐ Misdemeanor

DOCKET NUMBERS
Magistrate:
District Court: 03-10370-DPW-
Court of Appeals: 07

## ASSETS

**EMPLOYMENT**
Are you now employed? ☐ Yes ☑ No ☐ Am Self-Employed
Name and address of employer: _____
IF YES, how much do you earn per month? $ ____
IF NO, give month and year of last employment. How much did you earn per month? $ ____
If married is your Spouse employed? ☐ Yes ☑ No
IF YES, how much does your Spouse earn per month? $ ____
If a minor under age 21, what is your Parents or Guardian's approximate monthly income? $ ____

**OTHER INCOME**
Have you received within the past 12 months any income from a business, profession or other form of self-employment, or in the form the form of rent payments, interest, dividends, retirement or annuity payments, or other sources?  ☑ Yes  ☐ No
RECEIVED: $ ____    SOURCES: ____

**CASH**
Have you any cash on hand or money in savings or checking accounts? ☑ Yes ☐ No  IF YES, state total amount $ 20.00

**PROPERTY**
Do you own any real estate, stocks, bonds, notes, automobiles, or other valuable property (excluding ordinary household furnishings and clothing)? ☐ Yes ☑ No
VALUE: ____   DESCRIPTION: ____

## OBLIGATIONS & DEBTS

**DEPENDENTS**
MARITAL STATUS: ☑ SINGLE / MARRIED / WIDOWED / SEPARATED OR DIVORCED
Total No. of Dependents: ____
List persons you actually support and your relationship to them: ____

**DEBTS & MONTHLY BILLS** (LIST ALL CREDITORS, INCLUDING BANKS, LOAN COMPANIES, CHARGE ACCOUNTS, ETC.)
APARTMENT OR HOME: ____
Creditors: ____   Total Debt: $ ____   Monthly Paymt.: $ ____

I certify under penalty of perjury that the foregoing is true and correct. Executed on (date) DEC - 8 2003

SIGNATURE OF DEFENDANT (OR PERSON REPRESENTED)