December 25, 2003

Honorable Douglas Woodlock
U.S. District Court
John Joseph Moakley Building
1 Courthouse Lane, Suite 230
Boston, MA 02210

Dear Honorable Woodlock:

I have asked attorney Frances McIntyre that was appointed to my criminal case in your court (#2003M04JTFRBC) to withdraw due to various differences in defense strategies.

I respectfully ask this court to reappoint counsel, namely attorney Leo Sorokin, if possible, or any other attorney the court deems just, at the court's earliest possible convenience in order for me to be prepared for my detention hearing before this court on January 8, 2003.

I sincerely thank you in advance for your attention to this matter.

Respectfully,

Scott Myers #036662
Plymouth County Correctional Facility
26 Long Pond Road
Plymouth, MA 02360