

U.S. Department of Justice

*Michael J. Sullivan*
United States Attorney
District of Massachusetts

Main Reception: (617) 748-3100

John Joseph Moakley United States Courthouse
1 Courthouse Way
Suite 9200
Boston, Massachusetts 02210

January 2, 2004

Ms. Gina Affsa
Clerk to Hon. Robert B. Collings
United States District Court
1 Courthouse Way
Boston MA 02210

   Re: <u>United States v. Bannerman</u> et al.
       No. 03-10370-DPW

Dear Ms. Affsa:

   Enclosed for filing in the above-captioned case please find a facsimile signature page that I received from Michael Bourbeau, newly appointed as counsel to Scott Myers. Mr. Bourbeau has the original. Please attach this page to the Protective Order filed on December 3, 2003. Thank you!

                              Very truly yours,

                              MICHAEL J. SULLIVAN
                              United States Attorney

                         By:  _____
                              RACHEL E. HERSHFANG
                              Assistant U.S. Attorney

Enclosure

cc:  James M. Merberg
     66 Long Wharf
     Boston, MA 02110

     John Wall, Esq.
     Law Office of John Wall

Ms. Affsa
December 8, 2003
Page 2

    One Commercial Wharf West
    Boston, MA 02110

    Kevin J. Reddington, Esq.
    Kevin J. Reddington Law Office
    1342 Belmont
    Brockton, MA 02301

    John T. Diamond, III, Esq.
    15 Foster
    Quincy, MA 02169

    Michael C. Bourbeau, Esq
    21 Union Street
    Boston, MA 02108

    Owen S. Walker, Esq.
    Federal Defenders Office
    408 Atlantic Avenue
    Boston, MA  02109

### PROTECTIVE ORDER

### Douglas Bannerman et al.,
### Criminal No. 03-M-0454-RBC

| Signature | Date |
|---|---|
| _[signed]_ Rachel E. Hershfang, Assistant U.S. Attorney | 12/18/03 |
| _[signed]_ | 12/8/03 |
| _[signed]_ John Wall | 12/10/03 |
| _[signed]_ | 12-22-03 |
| _[signed]_ | 12/22/03 |
| _[signed]_ Owen Walker (Jose Vega) | 12/22/03 |
| _[signed]_ | 12/31/03 |
|  |  |