COMMONWEALTH OF MASSACHUSETTS
UNITED STATES DISTRICT COURT

COURT NO: 2003M0454RBC

| | |
|---|---|
| UNITED STATES OF AMERICA )  |
|     Plaintiff ) |
| ) |
| VS. ) |
| ) |
| SCOTT MYERS ) |
|     Defendant ) |

**MOTION OF COUNSEL TO WITHDRAW**

Now comes counsel for the above captioned defendant, and states that at the request of the defendant, Scott Myers, she is requesting leave to withdraw from this case. As reason therefore, counsel states that the defendant has indicated that is his wish.

Further, Mr. Myers requests that he be brought before the Court so new counsel can be appointed.

By The Defendant,

*/s/ Frances A. McIntyre*

FRANCES A. MCINTYRE, ESQ.
FICKSMAN & CONLEY, LLP
98 North Washington Street Suite 500
Boston, MA 02114
(617) 720-1515
BBO #335780

*ALLOWED after hearing* [handwritten annotation]

DEC 30 2003

## CERTIFICATE OF SERVICE

I, Frances A. McIntyre, attorney for said defendant, hereby certify that I have this day served copies of the attached: **MOTION TO WITHDRAW** upon the United States by delivering a copy addressed to Rachael Herschfang, Esq., by hand delivery to the US Attorney's Office, and to Scott Myers both at the US District Court.

Signed under the pains and penalties of perjury.

DATED: December 30, 2003

FRANCES A. MCINTYRE
B.B.O. #335780