# UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

USA

V.

Kurt Walter & Scott Myers

**EXHIBIT AND WITNESS LIST**

Case Number: 03cr10370 DPW

| PRESIDING JUDGE | PLAINTIFF'S ATTORNEY | DEFENDANT'S ATTORNEY |
|---|---|---|
| Collings, USMJ | Rachel Hershfang, AUSA | Cintolo (Walter) & Myers acted pro se |
| TRIAL DATE (S) | COURT REPORTER | COURTROOM DEPUTY |
| 1/22/04 Detention Hearing | CD | Affsa |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
| Direct | Cross | 1/22/04 | | | Dennis Barton, DEA Agent |
| 14 | | 1/22/04 | yes | yes | Transcript |
| 14A | | 1/22/04 | yes | yes | Transcript |
| 15 | | 1/22/04 | yes | yes | Audio tape of conversation |
| 16 | | 1/22/04 | yes | yes | Audio tape of conversation |
| 17 | | 1/22/04 | yes | yes | Photo of guns |
| 18 | | 1/22/04 | yes | yes | Photo of guns |
| 19 | | 1/22/04 | yes | yes | Photo of guns |
| 20 | | 1/22/04 | yes | yes | Photo of guns |
| 21 | | 1/22/04 | yes | yes | Photo of guns |
| 22 | | 1/22/04 | yes | yes | Photo of car |
| 23 | | 1/22/04 | yes | yes | Photo of car |
| 24 | | 1/22/04 | yes | yes | Photo of car |
| 25 | | 1/22/04 | yes | yes | Photo of car |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

Page 1 of 1 Pages