

**U.S. Department of Justice**

*Michael J. Sullivan*
*United States Attorney*
*District of Massachusetts*

---

*Main Reception: (617) 748-3100*

*John Joseph Moakley United States Courthouse*
*1 Courthouse Way*
*Suite 9200*
*Boston, Massachusetts  02210*


January 13, 2004

Ms. Gina Affsa
Clerk to Hon. Robert B. Collings
United States District Court
1 Courthouse Way
Boston MA 02210

    Re: <u>United States v. Bannerman</u> et al.
       No. 03-10370-DPW

Dear Ms. Affsa:

    Enclosed for filing in the above-captioned case please find
an original signature page that I received from William Cintolo,
newly retained as counsel to Scott Myers.  Please attach this
page to the Protective Order filed on December 3, 2003.  Thank
you!

                    Very truly yours,

                    MICHAEL J. SULLIVAN
                    United States Attorney

        By:
                    RACHEL E. HERSHFANG
                    Assistant U.S. Attorney

Enclosure

cc:  James M. Merberg
      66 Long Wharf
      Boston, MA 02110

      William J. Cintolo, Esq.
      803 Hancock

Ms. Affsa
December 8, 2003
Page 2

      Box 189
      Quincy, MA 02170

      Kevin J. Reddington, Esq.
      Kevin J. Reddington Law Office
      1342 Belmont
      Brockton, MA 02301

      John T. Diamond, III, Esq.
      15 Foster
      Quincy, MA 02169

      Michael C. Bourbeau, Esq
      21 Union Street
      Boston, MA 02108

      Owen S. Walker, Esq.
      Federal Defenders Office
      408 Atlantic Avenue
      Boston, MA   02109

## PROTECTIVE ORDER

### Douglas Bannerman et al.,
### Criminal No.03-M-0454-RBC

_____    12/8/03
Rachel E. Hershfang                          Date
Assistant U.S. Attorney

_____    12/8/03
                                             Date

_____    12/10/03
                                             Date

_____    1.13.04
                                             Date

_____    _____
                                             Date

_____    _____
                                             Date

_____    _____
                                             Date

_____    _____
                                             Date

SCANNED
DATE 1-14-04
BY Tom