United States District Court
District of Massachusetts

United States )
            )   Motion for Funds for
  vs.       )   Private Investigator
            )
Scott Myers )

Now comes the defendant Scott Myers, moving this Honorable court to allow funds for a Private Investigator to secure evidence of exculpatory nature classifying and proving the actual terms alleged to be used via telephone were actual items that the Private Investigator can and will secure for the defendant to produce at trial. The defendant moves in accordance to:

His 1st, 5th, 6th, and 14th Amendment Rights to the United States Constitution and all applicable laws respectively.

Respectfully Submitted,

Scott Myers
Scott Myers 036662
Plymouth County House of Correction
26 Long Pond Road H-3 #309
Plymouth, MA 02360

Dated: February 11, 2004