United States District Court
District of Massachusetts

United States )
    vs )   Notice of Appeal
Scott Myers )   Detention Hearing

Now Comes the Defendant, Scott Myers, moving this Honorable Court to docket an appeal from the Honorable Robert B. Collins Order of Detention Pending Trial denying the defendants release. Received on February 9, 2004.

                Respectfully Submitted,

                Scott Myers
                Scott Myers 036662
                Plymouth County House of Correction
                26 Long Pond Road, H-3 #329
                Plymouth, MA  02360

Dated: February 11, 2004
      Plymouth, MA.