United States District Court
District of Massachusetts

United States )
            )   Notice of Appeal
      Vs.   )   Denying the Entertaining
            )   of Preventing Motion to
Scott Myers )   Suppress During Detention Hearing

Now Comes the defendant Scott Myers, respectfully moving this Honorable Court to docket the defendants Appeal of Honorable Robert B. Collins' Denying the Entertaining of Preventing of the Defendants Oral Motion to Suppress during the defendants January 22, 2004 detention hearing. The defendant moves:

On accordance to His 1st, 4th, 5th, 6th, 8th, and 14th Amendment Rights to The United States Constitution.

Respectfully Submitted

Scott Myers
Scott Myers 036662
Plymouth County Correctional Center
26 Long Pond Road, H-3 #329
Plymouth, MA 02360

Dated: February 11, 2004