United States District Court
District of Massachusetts

United States ) Motion for Permission for
             ) Direct Appellate Review
     vs.     ) of Appeal Denying the Entertaining
             ) of Preventing Motion to Suppress During
Scott Myers  ) Detention Hearing

Now comes the defendant moving this Honorable Court to allow the defendant in the above-captioned matter to move in accordance to his 1st, 4th, 5th, 6th, 8th, and 14th Amendment Rights to the United States Constitution to petition the First Circut Court of Appeals for relief of the Denial of the Entertaining of Preventing Motion to Suppress During the Defendants Detention Hearing held Before the Honorable Robert B. Collins on February 22, 2004.

For Reasons; (1) the presence of a novel and significant question of law, (2) the inadequacy of other available remedies and,

(1)

(3) the presence of a legal issue that will aid in the administration of justice.

The defendant also requests an Evidentiary Hearing if required by this Honorable Court and an advance notice given to the defendant to be in preperation for this request.

Respectfully Submitted

*Scott O Myers*

Scott Myers
Plymouth County House of Corrections
26 Long Pond Road, H-3 #329
Plymouth, MA 02360

Dated: February 11, 2004