February 11, 2004

Mr. Gina Affsa  
United States Clerk  
United States Court House  
One Courthouse Way  
Boston MA 02210

Scott Myers 036662  
Plymouth County House of Corrections  
26 Long Pond Road, H-3 #329  
Plymouth, MA 02360

RE: United States v. Scott Myers  
   Criminal No. 03-10370-DPW

Dear Mr. Affsa:

Please find herein the following:

1.) Motion for Funds for Private Investigator;
2.) Notice of Appeal Denying the Entertaining of Presenting Motion to Suppress During Detention Hearing;
3.) Notice of Appeal: Detention Hearing; and
4.) Discovery Requests;
5.) Motion for Permission for Direct Appellate Review of Appeal Denying the Entertaining of Presenting Motion to Suppress During Detention Hearing.

Mr. Affsa, could you please at your earliest possible convenience docket the above motions in your usual manner and please let me know if (1) the defendant is to file his actual appeal within the (10) ten day window or will he be notified, (2) can I review the Detention Hearing Transcripts of 2-22-04 before I file the actual appeal, and (3) do I send the actual appeal to your office or another.

Lastly, could you please send me a copy of all motions filed in my case with this Court and a copy of the docket entries at your convenience.

(1)

February 11, 2004
Letter to U.S. Clerk
Page 2

I sincerely thank you for all your attention to my matters. Lastly, I also send certificates of service with this package.

Very Truly Yours,

Scott Myers