# United States District Court
# District of Massachusetts

UNITED STATES OF AMERICA

      v.                            CRIMINAL NO. 2003-10370-DPW-07

SCOTT MYERS,
        Defendant.

## *PROCEDURAL ORDER RE: EX PARTE OMNIBUS RELIEF MOTION (filed 2/23/04)*

COLLINGS, U.S.M.J.

      The Clerk is directed to send copies of (a) the within Order and (b) the defendant's *Ex Parte* Omnibus Relief Motion to both AUSA Hershfang and the United States Marshal for the District of Massachusetts.

      AUSA Hershfang, after consultation with the Marshal, shall, *on or before the close of business on Wednesday, March 10, 2004,* file and serve a response to the defendant's allegations contained in his Omnibus Relief Motion.

                                                  /s/ *Robert B. Collings*
                                                  ROBERT B. COLLINGS
                                                  United States Magistrate Judge

February 25, 2003.