# United States District Court
# District of Massachusetts

UNITED STATES OF AMERICA,

    V.                                  CRIMINAL NO. 2003-10370-DPW-07

SCOTT MYERS.

## *ORDER*

COLLINGS, U.S.M.J.

On March 9, 2004, the Court received an *ex parte* letter dated March 6, 2004 from the defendant Scott Myers. The letter explicitly states that it is not sent for me to "decide, order, or direct anything." Accordingly, I shall take no action based on the letter. The Clerk is ORDERED to docket the letter. It is ORDERED that the letter be SEALED and IMPOUNDED.

                                              /s/ Robert B. Collings
                                              ROBERT B. COLLINGS
                                              United States Magistrate Judge

Date: March 15, 2004.