ATTORNEY ASSIGNMENT REQUEST
(To Magistrate Judge Collings's clerk)

Defendant: SCOTT MYER

Case & Defendant No.
CR 03-10370-DPW

Date of Appointment: March 25, 2004

Appointed by:
Judge Woodlock_____

Attorney Withdrawn:   (pro se)

Date of Withdrawal

Reason:

Number of Counts: __1_____

Charge(s) and Cite(s): 21:846 Conspiracy to Possess with Intent to Distribute Marijuana

Indictment X          Information_____          Probation Revocation ___

Number of Defendants 8

Judge Code  WOODLOCK/0124

Special Instructions:

            /s/ Rebecca Greenberg_____
             Deputy Clerk

Dated:_ March 25, 2004_____

**A COPY OF THE INDICTMENT, INFORMATION OR PETITION FOR REVOCATION
MUST ACCOMPANY THIS FORM
SUBMIT A COPY FOR DOCKETING**