

**U.S. Department of Justice**

*United States Attorney*
*District of Massachusetts*

---

*Main Reception: (617) 748-3100*

United States Courthouse, Suite 9200
1 Courthouse Way
Boston, Massachusetts 02210

March 17, 2004

By First Class Mail

Scott Myers #036662
Plymouth County HOC
26 Long Pond Road
H-3 #329
Plymouth, MA 02360

    Re:  United States v. Douglas Bannerman et al.
          Criminal No. 03-10370-DPW

Dear Mr Myers:

I write in further response to your request for discovery, dated February 11, 2004. Again, I have reproduced the relevant requests below.

    5.    Turret Tapes/Transcripts of December 3, 2003, of Milton Police communications in regard to allege[d] pursuit by D.E.A. and Milton-Boston police.

**Response**: A copy of this audiotape, marked "MPD #68," is enclosed herewith.

    6.    Copies of identification procedure used by the United States witness "Milton Police Officer"; photo spread or other display of the defendant.

**Response**: Enclosed please find the photograph that TFA George McGlauthlin used to identify you after the pursuit on December 3 (Bates numbered 4964).

    7.    Names of Milton police involved in allege[d] pursuit.

**Response**: Please find enclosed a list of the relevant

officers' names.

                    Very truly yours,

                    MICHAEL J. SULLIVAN
                    United States Attorney

          By:
                    Rachel E. Hershfang
                    Assistant U.S. Attorney

cc:  Ms. Gina Affsa (w/o enclosures)
     Clerk to the Hon. Robert B. Collings

# COMMONWEALTH OF MASSACHUSETTS
## DEPARTMENT OF CORRECTION
### Offender Face Sheet

Page 1 of 2

Date: 20030815

52

MYERS        SCOTT

Admit Date: 19981210



LEGAL NAME: MYERS SCOTT
DATE OF BIRTH: 19680219
PLACE OF BIRTH CITY: BOSTON
PLACE OF BIRTH STATE: MA
SID #:
FBI NO #:
PRIMARY SSN: 000000000
DRV LICENSE NO #: NONE          STATE OF ISSUE:
PRIOR COMMITMENTS:

STREET: 40 HAROLD ST
CITY: BOSTON
STATE: MASSACHUSETTS
ZIP: 02101    0000
PHONE: (617) 541-8053

### INMATE'S CHARACTERISTICS

SEX: MALE
HEIGHT: 6'2"
WEIGHT: 230
BUILD: Heavy
GLASSES: NO
CONTACT LENS: NO
DEXTERITY: RIGHT
FACIAL HAIR: UNKNOWN1
HAIR COLOR: BLACK
HAIR LENGTH:
EYE COLOR: BROWN
COMPLEXION: MEDIUM BROWN
RACE: WHITE
HISPANIC FLAG:
LANGUAGE: ENGLISH
LANGUAGE 2ND: ENGLISH
COMPREHEND ENGLISH: YES
CULTURE: AMERICAN
RELIGION: CATHOLIC
MARITAL STATUS: *UNKNOWN AT TIME OF CONVERSION
CITIZENSHIP: UNITED STATES OF AMERICA (USA)

4964

## Partial Milton Police Duty Roster
## on December 3, 2003

M.A. Cherry
M.A. Cimildoro
L.J. Lundrigan
LT. White
L.B. Bullard
V.L. Evans
T.P. Burns
M.A. Potes