April 7, 2004

The Honorable Douglas P. Woodlock
United States Courthouse
One Courthouse Way
Boston, MA 02210

Scott B. Myers
26 Long Pond Road
Plymouth County Correctional Facility
Plymouth, MA 02360

RE: United States v. Scott Myers
Criminal No. 03-10370-DPW

Dear Honorable Woodlock;

I would like to sincerely thank you for your time and attention concerning my matter.

Very Truly Yours,

Scott Myers