```
                    UNITED STATES DISTRICT COURT
                     DISTRICT OF MASSACHUSETTS


_____
                               )
UNITED STATES OF AMERICA       )
                               )
     v.                        )
                               )      Criminal No. 03-10370-DPW
SCOTT MYERS,                   )
                               )
     Defendant.                )
_____)
```

### **STATUS REPORT AS TO DEFENDANT SCOTT MYERS**

Defendant, by his attorney, hereby files this Status Report pursuant to this Court's order of April 27, 2004.

1.  Defendant, by counsel, has filed on May 6, 2004, a motion to revoke the detention order entered by Magistrate Judge Collings on February 5, 2004. This motion is the appropriate way to pursue the Notice of Appeal of Detention Hearing [80] filed by defendant, pro se, on February 17, 2004. No further briefing by defendant is contemplated with respect to this motion.

2.  Defendant is not pressing his motion for direct appellate review [82] and his ex parte motion [84], which were filed pro se.

3.  Defendant does press his pro se motion for authorization of funds for a private investigator [79] and seeks authorization at this time for an amount not to exceed $2500.00.

4.  Counsel has not yet been provided by the government with the discovery that has been provided to other counsel and is therefore unable to say at this time what, if any, discovery, evidentiary or dispositive motions are contemplated.

                                              Respectfully submitted,

                                              /s/ *Jonathan Shapiro*
                                              _____
                                              Jonathan Shapiro
                                              BBO NO. 454220
                                              Stern, Shapiro, Weissberg
                                                &amp; Garin, LLP
                                              90 Canal Street, Suite 500
                                              Boston, MA 02114-2022
                                              (617) 742-5800

Dated: May 6, 2004