```
            UNITED STATES DISTRICT COURT
             DISTRICT OF MASSACHUSETTS
            UNITED STATES DISTRICT COURT
             DISTRICT OF MASSACHUSETTS
```

UNITED STATES OF AMERICA   )
                           )
                           )
     v.                    )   No. 03-10370-DPW
                           )
DOUGLAS BANNERMAN,         )
     et al.                )

**SUPPLEMENTAL STATUS REPORT (AVAILABILITY OF RECORDINGS)**

The United States of America and the defendants, as ordered by the Court, hereby submit this status report on the availability of recordings to the defendants.

**I.   Recordings Available at Apex.**

The government has confirmed with Apex that each of the recordings listed in its initial discovery letter, dated January 15, 2004, is available for copying at Apex. These include the recordings about which counsel for Jose Vezga inquired by letter dated June 10, 2004 (N-187, N-188, N-189, N-195, N-196, N-207, N-208, N-209, N-216, N-221, N-233, N-238, N-239, and N-240).[1]

**II.  Inquiry about Walter/Vezga Visit to CW-1's Home on September 29, 2003.**

---

[1] Counsel also indicated that Apex could not provide N-177. This is true. N-177 is a set of photographs, which the government never indicated were available through Apex. These may be viewed, along with any other documentary or physical evidence, by contacting either the undersigned Assistant U.S. Attorney or the case agent, and setting up a mutually convenient time to do so.

Counsel for Jose Vezga noted that she had not received any recordings related to this event. That recording is contained on N-216, which, as noted above, is available through Apex.

**III. Description of Recordings.**

Counsel asked for "materials or summaries concerning what each exhibit contains, especially the videos" and, specifically, asked for descriptions of N-235, N-288 N-289, N-290, N-291, N-292, N-293, and N-294. Counsel received, in the initial discovery package and in supplemental disclosures, the DEA-7a reports in this case, which provide such descriptions. As to the specific exhibits listed above, for example, such descriptions may be found on the Bates-numbered pages following the exhibit number: N-235 (4362), N-288 (4354), N-289 (4353), N-290 (4352), N-291 (4351), N-292 (4350), N-293 (4349), and N-294 (4348).

Respectfully submitted,

JOSE VEZGA

MICHAEL J. SULLIVAN
United States Attorney

By: /s/Page Kelley
   M. PAGE KELLEY, Esq.

By: /s/ Rachel E. Hershfang
   RACHEL E. HERSHFANG
   Assistant U.S. Attorney

Dated: June 25, 2004