UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

```
_____
                               )
UNITED STATES OF AMERICA,      )
                               )
     v.                        )
                               )      Criminal No. 03-10370-DPW
SCOTT MYERS,                   )
                               )
     Defendant.                )
_____)
```

### DEFENDANT SCOTT MYERS' MOTION FOR EXTENSION OF TIME TO FILE DISPOSITIVE MOTIONS

Defendant, by his attorney, hereby moves this Court to grant him an additional thirty (30) days within which to file dispositive motions for the following reasons:

1.  The undersigned counsel was appointed to represent defendant relatively recently (April, 2004) and did not receive from the defendant the discovery that had been provided to him by the government until June.

2.  This discovery is voluminous, consisting of over 5,000 pages of materials.  Much of the evidence in the case is the result of numerous wiretaps conducted pursuant to court authorization.

3.  The undersigned has not yet had an opportunity to review all of this material and to review the recordings and transcripts of the various wiretaps.

4.   Several of the co-defendants in this case have also requested extensions of time withing which to file motions, and counsel are attempting to coordinate their efforts.

WHEREFORE, defendant prays that this Court grant him an extension of Thirty (30) days to and including October 20, 2004, within which to file substantive motions.

                                      Respectfully submitted,

                                      /s/ *Jonathan Shapiro*
                                      Jonathan Shapiro
                                      BBO NO. 454220
                                      Stern, Shapiro, Weissberg
                                       & Garin, LLP
                                      90 Canal Street, Suite 500
                                      Boston, MA 02114-2022
                                      (617) 742-5800

Dated: September 20, 2004

G:\SSWG\MYERS, S\motion for extension.wpd