```
                    UNITED STATES DISTRICT COURT
                     DISTRICT OF MASSACHUSETTS
```

```
_____
                               )
UNITED STATES OF AMERICA,      )
                               )
       Plaintiff,              )
                               )
       v.                      )
                               )    Criminal No. 03-10370-DPW
SCOTT MYERS,                   )
                               )
       Defendant.              )
_____)
```

**DEFENDANT SCOTT MYERS' MOTION TO JOIN IN THE MOTION
TO SUPPRESS EVIDENCE PRODUCED BY WIRETAP ORDERS
FILED BY DEFENDANT BANNERMAN**

Defendant, Scott Myers, by his attorney, hereby moves this Court to allow him to join in the Motion to Suppress Evidence Produced by Wiretap Orders filed by defendant Douglas Bannerman. In support thereof, defendant states:

1. Defendant Scott Myers is an "aggrieved person" within the meaning of 18 U.S.C.A. §2510 (11).

2. Permitting defendant to join in the motion of his co-defendant will be in the interests of justice.

WHEREFORE, defendant Scott Myers prays that this Court allow him to join in the Motion to Suppress Evidence Produced by Wiretap Orders, filed by defendant Douglas Bannerman.

                                          Respectfully submitted,

                                          /s/ *Jonathan Shapiro*
                                          Jonathan Shapiro
                                          BBO NO. 454220
                                          Stern, Shapiro, Weissberg
                                           & Garin, LLP
                                          90 Canal Street, Suite 500
                                          Boston, MA 02114-2022
                                          (617) 742-5800

Dated: November 23, 2004