UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

SCANNED
DATE: 12/23/04
BY: RW

UNITED STATES OF AMERICA

v.

SCOTT MYERS,
      Defendant

CRIMINAL NO.
03-10370-DPW

## ORDER RELEASING DEFENDANT ON BAIL

WOODLOCK, D.J.

On December 20, 2004, defendant filed a Motion for a Revocation of Detention Order or, in the alternative, for an escorted furlough to attend Mother's wake and funeral.

The motion is granted to the extent that SCOTT MYERS is released to the third party custodian, **Nichelle Sadler**, on $25,000.00 secured bond, and shall self-surrender to the United States Marshal Service, John Joseph Moakley Federal Courthouse, One Courthouse Way, Boston, Massachusetts on Wednesday, December 22, 2004 by 4:00 p.m.

/s/ Douglas P. Woodlock
Douglas P. Woodlock
United States District Judge

Dated: December 21, 2004