Honorable Douglas P. Woodlock
John Joseph Moakley United States Courthouse
1 Courthouse Way
Boston, MA 02210

December 12, 2004

Scott Myers 36662
P.C.C.F. H-3 #H36
26 Long Pond Road
Plymouth, MA 02360

RE: United States v. Scott Myers
Criminal No. 03-10370-DPW

SCANNED
DATE: 12/23
BY: [signature]

Dear Honorable Woodlock:

    Today I received information that my Mother passed away. My attorney Jonathan Shapiro, to my understanding, is involved in a trial, so I don't know if I will be able to contact him tomorrow to petition this Court for allowance to attend my Mother's funeral and awake.

    I am the primary family member making arraingements at this point and it's quite difficult to deal with her leaving nonetheless making arrangements from jail.

    Tomorrow I have to call Dr. Christian Kiriakov from Decendent Affairs at Boston Medical Center to telephonically approve an autopsy to be done on my Mother.

    Honorable Woodlock, I do not understand the law surrounding me asking you for help with be able to bury my Mom. If possible, would you allow this letter to be the request for releif to bury my mother and close her affairs?

    Please excuse this form of request.

Sincerely
Scott Myers