UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | No. 03-10370-DPW |
| ) | |
| ) | VIOLATIONS: |
| ) | 21 U.S.C. § 846 - |
| v. ) | Conspiracy to Possess |
| ) | With Intent to Distribute |
| 1. DOUGLAS BANNERMAN, ) | And to Distribute Marijuana |
| 2. KURT WALTER, ) | |
| (a/k/a "Cort") ) | 21 U.S.C. §841 - |
| 3. GARY NEWELL, ) | Possession of Marijuana with |
| 4. DANIEL MACAULEY, ) | Intent to Distribute and |
| 5. JOHN MCCARTHY, ) | Distribution of Marijuana |
| 6. JOHN GRAHAM, ) | |
| (a/k/a "JG" or "G-Man"), ) | 18 U.S.C. §1956(a)(1) - |
| 7. SCOTT MYERS, ) | Money Laundering |
| 8. JOSE VEZGA, and ) | |
| 9. FRANK GIGLIO, ) | |
| ) | |
| Defendants. ) | |

**SUPERSEDING INDICTMENT**

**COUNT ONE:**     **(21 U.S.C. § 846 - Conspiracy to Possess With
          Intent To Distribute and to Distribute Marijuana)**

The Grand Jury charges that:

From a date unknown to the Grand Jury, but no later than in

or about January, 2003, and continuing until on or about December

1, 2003, at Boston and Brookline, and elsewhere, in the District

of Massachusetts, and elsewhere,

          **1. DOUGLAS BANNERMAN,**
          **2. KURT WALTER,**
          **(a/k/a "Cort")**
          **3. GARY NEWELL,**
          **4. DANIEL MACAULEY,**
          **5. JOHN MCCARTHY,**
          **6. JOHN GRAHAM,**
          **(a/k/a "JG" or "G-Man"),**
          **7. SCOTT MYERS,**
          **8. JOSE VEZGA, and**
          **9. FRANK GIGLIO,**

defendants herein, knowingly and intentionally combined, conspired, and agreed with each other and with others known and unknown to the Grand Jury, to possess with intent to distribute and to distribute marijuana, a Schedule I controlled substance, in violation of Title 21, United States Code, Section 841(a)(1).

It is further alleged that the conspiracy involved 100 kilograms or more of a mixture and substance containing a detectable amount of marijuana, a Schedule I controlled substance. Accordingly, 21 U.S.C. § 841(b)(1)(B)(vii) is applicable to this count.

All in violation of Title 21, United States Code, Section 846.

**COUNT TWO:**     **(21 U.S.C. § 841 - Possession With Intent To Distribute and Distribution of Marijuana)**

The Grand Jury further charges that:

On or about May 22, 2003 at Natick, in the District of Massachusetts,

### 2. KURT WALTER, a/k/a "Cort,"

defendant herein, did knowingly and intentionally possess with intent to distribute, and did distribute, a quantity of marijuana, a Schedule I controlled substance.

All in violation of Title 21, United States Code, Section 841(a)(1).

**COUNT THREE:** **(21 U.S.C. § 841 - Possession With Intent To Distribute and Distribution of Marijuana; 18 U.S.C. §2 - Aiding and Abetting)**

The Grand Jury further charges that:

On or about June 12, 2003 at Brookline, in the District of Massachusetts,

## 2. KURT WALTER, a/k/a "Cort,"

defendant herein, did knowingly and intentionally possess with intent to distribute, and did distribute, a quantity of marijuana, a Schedule I controlled substance.

All in violation of Title 21, United States Code, Section 841(a)(1).

**COUNT FOUR:**      **(21 U.S.C. § 841 - Possession With Intent To Distribute and Distribution of Marijuana)**

The Grand Jury further charges that:

On or about August 21, 2003, at Newton, in the District of Massachusetts,

**2. KURT WALTER, a/k/a "Cort,"**

defendant herein, did knowingly and intentionally possess with intent to distribute, and did distribute, a quantity of marijuana, a Schedule I controlled substance.

All in violation of Title 21, United States Code, Section 841(a)(1).

**COUNT FIVE:** **(21 U.S.C. § 841 - Possession With Intent To Distribute and Distribution of Marijuana)**

The Grand Jury further charges that:

On or about September 16, 2003, in Brookline, in the District of Massachusetts,

### 2. KURT WALTER, a/k/a "Cort,"

defendant herein, did knowingly and intentionally possess with intent to distribute, and did distribute, a quantity of marijuana, a Schedule I controlled substance.

All in violation of Title 21, United States Code, Section 841(a)(1).

**COUNT SIX:**    **(18 U.S.C. § 1956(a)(1) - Money Laundering)**

The Grand Jury further charges that:

From a time unknown to the Grand Jury, but no later than May, 2003, and continuing thereafter until at least November, 2003, in Newton, in the District of Massachusetts, and elsewhere,

## 2. KURT WALTER,
## a/k/a "Cort"

defendant herein, did knowingly conduct and attempt to conduct a financial transaction affecting interstate and foreign commerce, that is, he invested cash in a restaurant venture located in a rented building, which involved the proceeds of a specified unlawful activity, that is, narcotics trafficking, knowing that the transaction was designed in whole and in part to conceal and disguise the nature, location, source, ownership, and control of the proceeds of said specified unlawful activity and that while conducting and attempting to conduct such financial transaction knew that the property involved in the financial transaction, that is, funds in the amount of no less than $80,000, represented the proceeds of some form of unlawful activity.

All in violation of Title 18, United States Code, Section 1956(a)(1)(B)(i).

## CRIMINAL FORFEITURE ALLEGATION
### (21 U.S.C. § 853)

The Grand Jury further charges that:

1. As a result of committing one or more of the offenses alleged in Counts One through Five of this indictment, in violation of 21 U.S.C. §846 and 841(b)(1)(B) (conspiracy to possess with intent to distribute and to distribute marijuana); and 21 U.S.C. §841 (possession with intent to distribute and distribution of marijuana):

> 1. **DOUGLAS BANNERMAN,**
> 2. **KURT WALTER,**
> **(a/k/a "Cort")**
> 3. **GARY NEWELL,**
> 4. **DANIEL MACAULEY,**
> 5. **JOHN MCCARTHY,**
> 6. **JOHN GRAHAM,**
> **(a/k/a "JG" or "G-Man"),**
> 7. **SCOTT MYERS,**
> 8. **JOSE VEZGA, and**
> 9. **FRANK GIGLIO**

defendants herein, if convicted, shall forfeit to the United States, pursuant to 21 U.S.C. §853: (1) any and all property constituting or derived from any proceeds the said defendants obtained directly or indirectly as a result of the charged offenses; and (2) any and all property used or intended to be used in any manner or part to commit and to facilitate the commission of the offenses.

Such property includes, but is not limited to, the following:

REAL PROPERTY

(i) All that lot or parcel of land, together with its buildings, appurtenances, improvements, fixtures, attachments and easements, located at 25 Royal Road, Brookline, Massachusetts, more fully described in the deed dated July 21, 1980, recorded at the Norfolk County Registry of Deeds, Book 5755, page 574;

2.   If any of the above-described forfeitable property, as a result of any act or omission of the defendants: (a) cannot be located upon the exercise of due diligence; (b) has been transferred or sold to, or deposited with, a third party; (c) has been placed beyond the jurisdiction of the Court; (d) has been substantially diminished in value; or (e) has been commingled with other property which cannot be subdivided without difficulty; it is the intent of the United States, pursuant to 21 U.S.C. §853(p), to seek forfeiture of any other property of said defendants up to the value of the above forfeitable property. Such substitute assets include, but are not limited to the following:

REAL PROPERTY

(i) All that lot or parcel of land, together with its buildings, appurtenances, improvements, fixtures, attachments and easements, located at, 23 Pilgrim By Way, Duxbury, Massachusetts, as more fully described in the deed dated April 22, 2002 and the fiduciary deed, recorded at the Plymouth County Registry of Deeds, book 21938, page 150 and filed in registered land as

certificate 101124, Document 536860 and in unregistered land as certificate 101124, document 504340.

All in accordance with Title 18, United States Code, Section 853 and Rule 32.2(a), Federal Rules of Criminal Procedure.

## MONEY LAUNDERING FORFEITURE ALLEGATION
### (18 U.S.C. §982)

The Grand Jury further charges that:

1. Pursuant to Title 18, United States Code, Section 982(a)(1),

### 1.KURT WALTER,

### a/k/a "Cort,"

defendant herein, if convicted of the offense set forth in Count Six shall forfeit to the United States the following property:

a. All right, title, and interest in any and all property involved in each offense in violation of Title 18, United States Code, Section 1956 , for which the defendant is convicted, and all property traceable to such property, including, but not limited to, the following:

1) all money or other property that was the subject of each transaction, transportation, transmission or transfer in violation of Section 1956;

2) all commissions, fees and other property constituting proceeds obtained as a result of those violations; and

3) all property used in any manner or part to commit or to facilitate the commission of those violations;

b. A sum of money equal to the total amount of money involved in each offense, or conspiracy to commit such offense, for which the defendant is convicted. If more than one defendant is convicted of an offense, the defendants so convicted are jointly and severally liable for the amount involved in such offense.

2. Pursuant to Title 21, United States Code, Section 853(p), as incorporated by Title 18, United States Code, Section 982(b), each defendant shall forfeit substitute property, up to the value of the amount of the forfeitable property described above, if, by any act or omission of the defendant, the property described in paragraph 1, or any portion thereof, cannot be located upon the exercise of due diligence; has been transferred, sold to or deposited with a third party; has been placed beyond the jurisdiction of the court; has been substantially diminished in value; or has been commingled with other property which cannot be divided without difficulty.

All in accordance with Title 18, United States Code, Section 982(a)(1), and Rule 32.2(a), Federal Rules of Criminal Procedure.

## NOTICE OF ADDITIONAL FACTORS

The Grand Jury further charges that:

1.    The defendant DOUGLAS BANNERMAN is accountable for at least 700 kilograms, but less than 1,000 kilograms, of marijuana. Accordingly USSG §2D1.1(c)(5) applies to this defendant.

2.    The defendant KURT WALTER is accountable for at least 100 kilograms, but less than 400 kilograms, of marijuana. Accordingly USSG §2D1.1(c)(7) applies to this defendant.

3.    The defendant KURT WALTER was a manager and supervisor of a criminal activity that involved five or more participants and was otherwise extensive. Accordingly, USSG §3B1.1(b) applies to this defendant.

4.    The defendant GARY NEWELL is accountable for at least 100 kilograms, but less than 400 kilograms, of marijuana. Accordingly USSG §2D1.1(c)(7) applies to this defendant.

5.    The defendant DANIEL MACAULEY is accountable for at least 10 kilograms, but less than 20 kilograms, of marijuana. Accordingly USSG §2D1.1(c)(12) applies to this defendant.

6.    The defendant JOHN MCCARTHY is accountable for at least 80 kilograms, but less than 100 kilograms, of marijuana. Accordingly USSG §2D1.1(c)(8) applies to this defendant.

7.    The defendant JOHN GRAHAM is accountable for at least 2.5 kilograms, but less than 5 kilograms, of marijuana. Accordingly USSG §2D1.1(c)(14) applies to this defendant.

8.    The defendant SCOTT MYERS is accountable for at least 5

kilograms, but less than 10 kilograms, of marijuana. Accordingly USSG §2D1.1(c)(13) applies to this defendant.

9.    The defendant JOSE VEZGA is accountable for less than 250 grams of marijuana. Accordingly USSG §2D1.1(c)(17) applies to this defendant.

10.   The defendant FRANK GIGLIO is accountable for at least 100 kilograms, but less than 400 kilograms, of marijuana. Accordingly USSG §2D1.1(c)(7) applies to this defendant.

11.   The offense alleged in Count Six of the Superseding Indictment involves funds derived from the offense alleged in Count One of the Superseding Indictment. Accordingly, USSG §§ 2S1.1(a)(1) & 2D1.1(c)(7) apply to this Count.

A TRUE BILL

FOREPERSON OF THE GRAND JURY

DENISE JEFFERSON CASPER
RACHEL E. HERSHFANG
ASSISTANT U.S. ATTORNEY

DISTRICT OF MASSACHUSETTS; October    , 2004.

Returned into the District Court by the Grand Jurors and filed.

DEPUTY CLERK

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | No. |
| | ) | |
| | ) | VIOLATIONS: |
| | ) | 21 U.S.C. § 846 - |
| v. | ) | Conspiracy to Possess |
| | ) | With Intent to Distribute |
| 1. DOUGLAS BANNERMAN, | ) | And to Distribute Marijuana |
| 2. KURT WALTER, | ) | |
| (a/k/a "Cort") | ) | 21 U.S.C. §841 - |
| 3. GARY NEWELL, | ) | Possession of Marijuana with |
| 4. DANIEL MACAULEY, | ) | Intent to Distribute and |
| 5. JOHN MCCARTHY, | ) | Distribution of Marijuana |
| 6. JOHN GRAHAM, | ) | |
| (a/k/a "JG" or "G-Man"), | ) | 18 U.S.C. §1956(a)(1) - |
| 7. SCOTT MYERS, | ) | Money Laundering |
| 8. JOSE VEZGA, and | ) | |
| 9. FRANK GIGLIO, | ) | |
| Defendants. | ) | |

I, the undersigned foreperson of the grand jury of this
court, at the term begun and held at Boston on the __28th__ day
of __Oct.__, A.D. 2004, in pursuance of Rule 6(c) of the Federal
Rules of Criminal Procedure, do herewith file with the Clerk of
the Court a record of the above case, this record not to be made
public except on order of the court, to wit:

___20_____ grand jurors concurring in the indictment.

_William Keller_____.
FOREPERSON OF THE GRAND JURY

JS 45 (5/97) - (Revised U.S.D.C. MA 2/7/02)

**Criminal Case Cover Sheet**                    **U.S. District Court - District of Massachusetts**

**Place of Offense:**                **Category No.** I _____        **Investigating Agency** DEA _____

**City**   Boston _____          **Related Case Information:**

**County**   Suffolk _____       Superseding Ind./ Inf.   X _____        Case No.   03-10370-DPW
                                     Same Defendant   X _____          New Defendant _____
                                     Magistrate Judge Case Number      03-0454-RBC
                                     Search Warrant Case Number    03-0455-61, 0477, 0479-84-RBC
                                     R 20/R 40 from District of _____

**Defendant Information:**

Defendant Name   Douglas K. Bannerman _____        Juvenile:        ☐ Yes    ■ No

Alias Name _____

Address   790 Boylston Street, Apt 17E, Boston, MA _____

Birthdate:  1958 ____   SS # _____   Sex:  Male ____   Race:  White _____   Nationalit _____

**Defense Counsel if known:** _____        Address _____

Bar Number _____

**U.S. Attorney Information:**

AUSA   Rachel E. Hershfang/Denise J. Casper _____        Bar Number if applicable _____

**Interpreter:**        ☐ Yes    ■ No        List language and/or dialect: _____

**Matter to be SEALED:**        ■ Yes    ☐    No

        ☐   Warrant Requested        ☐  Regular Process        X  In Custody

**Location Status:**

Arrest Date        12/2/03 _____

X  Already in Federal Custody as of        12/2/03 _____   in _____ .
☐  Already in State Custody at ———————— ☐ Serving Sentence        ☐ Awaiting Trial
☐  On Pretrial Release:   Ordered by: _____   on _____

**Charging Document:**        ☐ Complaint        ☐ Information        ■ Indictment

**Total # of Counts:**        ☐ Petty ———————— ☐ Misdemeanor ———————— ■ Felony   1 _____

Continue on Page 2 for Entry of U.S.C. Citations

■        I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are
        accurately set forth above.

Date:   October 28 2004 _____        Signature of AUSA: _____

JS 45  (5/97)   (Revised U.S.D.C. MA 2/7/02) Page 2 of 2 or Reverse

**District Court Case Number**   (To be filled in by deputy clerk): _____

**Name of Defendant**    Douglas K. Bannerman _____

### U.S.C. Citations

| | **Index Key/Code** | **Description of Offense Charged** | **Count Numbers** |
|---|---|---|---|
| Set 1 | 21 U.S.C. § 846 | Conspiracy to possess with intent to distribute Marijuana | 1 |
| Set 2 | | | |
| Set 3 | | | |
| Set 4 | | | |
| Set 5 | | | |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:** _____

_____

_____

_____

◈JS 45 (5/97) - (Revised U.S.D.C. MA 2/7/02)

**Criminal Case Cover Sheet**                    **U.S. District Court - District of Massachusetts**

**Place of Offense:**            **Category No.** I _____        **Investigating Agency** DEA _____

**City**    Boston _____        **Related Case Information:**

**County**    Suffolk _____     Superseding Ind./ Inf.    X _____    Case No.    03-10370-DPW
                                  Same Defendant    X _____    New Defendant _____
                                  Magistrate Judge Case Number    03-0454-RBC
                                  Search Warrant Case Number    03-0455-61; 0477, 0479-84-RBC
                                  R 20/R 40 from District of _____

**Defendant Information:**

Defendant Name    Kurt Walter _____        Juvenile:    ☐ Yes    ■ No

Alias Name    "Cort" _____

Address    30 Gardner Road, Brookline, MA _____

Birthdate:  1965 _____ SS # _____ Sex: Male  Race: White _____   Nationalit _____

**Defense Counsel if known:** _____        Address _____

Bar Number _____ _____

**U.S. Attorney Information:**

AUSA    Rachel E. Hershfang/Denise J. Casper _____    Bar Number if applicable _____

**Interpreter:**    ☐ Yes    ■ No        List language and/or dialect: _____

**Matter to be SEALED:**    ■ Yes    ☐ No

        ☐ Warrant Requested        ☐ Regular Process        X  In Custody

**Location Status:**

Arrest Date    12/2/03 _____

☐ Already in Federal Custody as of _____ in _____ .
☐ Already in State Custody at _____ ☐ Serving Sentence    ☐ Awaiting Trial
x  On Pretrial Release:  Ordered by: _____ on  12/03 _____

**Charging Document:**    ☐ Complaint    ☐ Information    ■ Indictment

**Total # of Counts:**    ☐ Petty _____    ☐ Misdemeanor _____    ■ Felony  6 __

Continue on Page 2 for Entry of U.S.C. Citations

■    I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are
    accurately set forth above.

Date:    October 2004 _____        Signature of AUSA: _____

JS 45 (5/97) (Revised U.S.D.C. MA 2/7/02) Page 2 of 2 or Reverse

**District Court Case Number** (To be filled in by deputy clerk): _____

**Name of Defendant**    Kurt Walter _____

### U.S.C. Citations

| Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|
| Set 1  21 U.S.C. § 846 | Conspiracy to possess with intent to distribute Marijuana | 1 |
| Set 2  21 U.S.C. § 841 | PWID and Distribution of Marijuana | 2-5 |
| Set 3  18 U.S.C. § 1956(a)(1) | Money Laundering | 6 |
| Set 4 | | |
| Set 5 | | |
| Set 6 | | |
| Set 7 | | |
| Set 8 | | |
| Set 9 | | |
| Set 10 | | |
| Set 11 | | |
| Set 12 | | |
| Set 13 | | |
| Set 14 | | |
| Set 15 | | |

**ADDITIONAL INFORMATION:** _____

JS 45 (5/97) - (Revised U.S.D.C. MA 2/7/02)

**Criminal Case Cover Sheet**                          **U.S. District Court - District of Massachusetts**

**Place of Offense:**          **Category No.**  I          **Investigating Agency**   DEA

**City**   Boston                      **Related Case Information:**

**County**   Suffolk          Superseding Ind./ Inf.    X                Case No.    03-10370-DPW
                             Same Defendant    X          New Defendant
                             Magistrate Judge Case Number    03-0454-RBC
                             Search Warrant Case Number    03-0455-61, 0477, 0479-84-RBC
                             R 20/R 40 from District of

**Defendant Information:**

Defendant Name    Gary Newell                    Juvenile:    ☐ Yes    ■ No

Alias Name

Address

Birthdate:            SS #            Sex:  Male    Race:            Nationality

**Defense Counsel if known:**                    Address

Bar Number

**U.S. Attorney Information:**

AUSA    Rachel E. Hershfang/Denise J. Casper          Bar Number if applicable

**Interpreter:**      ☐ Yes    ■ No          List language and/or dialect:

**Matter to be SEALED:**      ■ Yes    ☐ No

       ■ Warrant Requested          ☐ Regular Process          ☐ In Custody

**Location Status:**

Arrest Date

☐ Already in Federal Custody as of                    in

☐ Already in State Custody at                ☐ Serving Sentence      ☐ Awaiting Trial

x  On Pretrial Release:    Ordered by:                on  12/03

**Charging Document:**      ☐ Complaint      ☐ Information      ■ Indictment

**Total # of Counts:**      ☐ Petty          ☐ Misdemeanor          ■ Felony  1

Continue on Page 2 for Entry of U.S.C. Citations

■    **I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are
    accurately set forth above.**

Date:    October    2004          Signature of AUSA:

JS 45 (5/97) (Revised U.S.D.C. MA 2/7/02) Page 2 of 2 or Reverse

**District Court Case Number**   (To be filled in by deputy clerk): _____

**Name of Defendant**   Gary Newell _____

### U.S.C. Citations

| **Index Key/Code** | **Description of Offense Charged** | **Count Numbers** |
|---|---|---|
| Set 1   21 U.S.C. § 846 | Conspiracy to possess with intent to distribute Marijuana | 1 |
| Set 2 | | |
| Set 3 | | |
| Set 4 | | |
| Set 5 | | |
| Set 6 | | |
| Set 7 | | |
| Set 8 | | |
| Set 9 | | |
| Set 10 | | |
| Set 11 | | |
| Set 12 | | |
| Set 13 | | |
| Set 14 | | |
| Set 15 | | |

**ADDITIONAL INFORMATION:** _____

_____

_____

_____

_____

%JS 45 (5/97) - (Revised U.S.D.C. MA 2/7/02)

**Criminal Case Cover Sheet**                    **U.S. District Court - District of Massachusetts**

**Place of Offense:**            **Category No.**  I            **Investigating Agency**   DEA

**City**   Boston            **Related Case Information:**

**County**   Suffolk            Superseding Ind./ Inf.    X            Case No.    03-10370-DPW
                              Same Defendant    X            New Defendant
                              Magistrate Judge Case Number    03-4545-RBC
                              Search Warrant Case Number    03-0455-61, 0477, 0479-84-RBC
                              R 20/R 40 from District of

**Defendant Information:**

Defendant Name    Daniel Macauley                    Juvenile:    ☐ Yes    ■ No

Alias Name

Address    16 Roach Street, Quincy, MA

Birthdate:  1966        SS #            Sex:  Male    Race:            Nationality:

**Defense Counsel if known:**                    Address

Bar Number

**U.S. Attorney Information:**

AUSA    Rachel E. Hershfang/Denise J. Casper            Bar Number if applicable

**Interpreter:**    ☐ Yes    ■ No            List language and/or dialect:

**Matter to be SEALED:**    ■ Yes    ☐    No

    ☐ Warrant Requested            ☐ Regular Process            X In Custody

**Location Status:**

Arrest Date        12/2/03

☐ Already in Federal Custody as of                    in                    .

☐ Already in State Custody at ————————————☐ Serving Sentence    ☐ Awaiting Trial
X On Pretrial Release:    Ordered by:    MJ Collings            on    12/3/03

**Charging Document:**    ☐ Complaint    ☐ Information    ■ Indictment

**Total # of Counts:**    ☐ Petty        ☐ Misdemeanor        ■ Felony  1

Continue on Page 2 for Entry of U.S.C. Citations

■    I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are
    accurately set forth above.

Date:    October 28 2004        Signature of AUSA: