JS 45 (5/97)   (Revised U.S.D.C. MA 2/7/02) Page 2 of 2 or Reverse

**District Court Case Number**   (To be filled in by deputy clerk): _____

**Name of Defendant**   Daniel Macauley _____

## U.S.C. Citations

| Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|
| Set 1  21 U.S.C. § 846 | Conspiracy to possess with intent to distribute Marijuana | 1 |
| Set 2 | | |
| Set 3 | | |
| Set 4 | | |
| Set 5 | | |
| Set 6 | | |
| Set 7 | | |
| Set 8 | | |
| Set 9 | | |
| Set 10 | | |
| Set 11 | | |
| Set 12 | | |
| Set 13 | | |
| Set 14 | | |
| Set 15 | | |

**ADDITIONAL INFORMATION:** _____

_____

_____

JS 45 (5/97)   (Revised U.S.D.C. MA 2/7/02) Page 2 of 2 or Reverse

| Criminal Case Cover Sheet | U.S. District Court - District of Massachusetts |

**Place of Offense:**  Category No. **I**  Investigating Agency **DEA**

City **Boston**  Related Case Information:

County **Suffolk**  Superseding Ind./ Inf. **X**  Case No. **03-10370-DPW**
Same Defendant **X**  New Defendant
Magistrate Judge Case Number **03-0454-RBC**
Search Warrant Case Number **03-0455-61, 0477, 0479-84-RBC**
R 20/R 40 from District of

**Defendant Information:**

Defendant Name **John J. McCarthy**  Juvenile: ☐ Yes ■ No

Alias Name

Address **32 Juniper Street, Brookline, MA**

Birthdate: **1964**  SS # ____  Sex: **Male**  Race: ____  Nationality: ____

**Defense Counsel if known:** ____  Address ____

Bar Number ____

**U.S. Attorney Information:**

AUSA **Rachel E. Hershfang/Denise J. Casper**  Bar Number if applicable ____

Interpreter: ☐ Yes ■ No  List language and/or dialect: ____

Matter to be SEALED: ■ Yes ☐ No

■ Warrant Requested  ☐ Regular Process  ☐ In Custody

**Location Status:**

Arrest Date ____

☐ Already in Federal Custody as of ____ in ____
☐ Already in State Custody at ____ ☐ Serving Sentence ____ ☐ Awaiting Trial
☐ On Pretrial Release: Ordered by: ____ on **12/03**

**Charging Document:**  ☐ Complaint  ☐ Information  ■ Indictment

**Total # of Counts:**  ☐ Petty  ☐ Misdemeanor  ■ Felony **1**

Continue on Page 2 for Entry of U.S.C. Citations

■  I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.

Date: October 28, 2004  Signature of AUSA: _[signature]_

JS 45 (5/97) (Revised U.S.D.C. MA 2/7/02) Page 2 of 2 or Reverse

**District Court Case Number** (To be filled in by deputy clerk): _____

**Name of Defendant**   John J. McCarthy.

## U.S.C. Citations

| | Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|---|
| Set 1 | 21 U.S.C. § 846 | Conspiracy to possess with intent to distribute Marijuana | 1 |
| Set 2 | | | |
| Set 3 | | | |
| Set 4 | | | |
| Set 5 | | | |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:** _____

bannerjs45.wpd - 2/7/02

JS 45 (5/97) - (Revised U.S.D.C. MA 2/7/02)

| **Criminal Case Cover Sheet** | **U.S. District Court - District of Massachusetts** |
|---|---|

**Place of Offense:**      Category No. __I__      Investigating Agency __DEA__

City __Boston__      **Related Case Information:**

County __Suffolk__      Superseding Ind./ Inf. __X__      Case No. __03-10370-DPW__
Same Defendant __X__      New Defendant
Magistrate Judge Case Number __03-0454-RBC__
Search Warrant Case Number __03-0455-61, 0477, 0479-84-RBC__
R 20/R 40 from District of

**Defendant Information:**

Defendant Name __John Graham__      Juvenile: ☐ Yes  ■ No

Alias Name

Address

Birthdate: __1961__   SS # _____   Sex: __Male__   Race: _____   Nationalit __Canadian__

**Defense Counsel if known:** _____      Address _____

Bar Number

**U.S. Attorney Information:**

AUSA __Rachel E. Hershfang/Denise J. Casper__      Bar Number if applicable _____

Interpreter:   ☐ Yes   ■ No      List language and/or dialect: _____

**Matter to be SEALED:**   ■ Yes   ☐ No

☐ Warrant Requested      ☐ Regular Process      ☐ In Custody

**Location Status:**

Arrest Date __12/2/03__

☐ Already in Federal Custody as of __12/2/03__ in _____
☐ Already in State Custody at _____  ☐ Serving Sentence   ☐ Awaiting Trial
X On Pretrial Release:   Ordered by: __MJ Collings__   on __12/3/03__

**Charging Document:**   ☐ Complaint   ☐ Information   ■ Indictment

**Total # of Counts:**   ☐ Petty ___   ☐ Misdemeanor ___   ■ Felony __1__

Continue on Page 2 for Entry of U.S.C. Citations

■   I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.

Date: __October 28 2004__      Signature of AUSA: _____

**District Court Case Number** (To be filled in by deputy clerk): _____

**Name of Defendant**   John Graham

**U.S.C. Citations**

| Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|
| Set 1  21 U.S.C. § 846 | Conspiracy to possess with intent to distribute Marijuana | 1 |
| Set 2 | | |
| Set 3 | | |
| Set 4 | | |
| Set 5 | | |
| Set 6 | | |
| Set 7 | | |
| Set 8 | | |
| Set 9 | | |
| Set 10 | | |
| Set 11 | | |
| Set 12 | | |
| Set 13 | | |
| Set 14 | | |
| Set 15 | | |

**ADDITIONAL INFORMATION:** _____

≋JS 45 (5/97) - (Revised U.S.D.C. MA 2/7/02)

| **Criminal Case Cover Sheet** | **U.S. District Court - District of Massachusetts** |
|---|---|

**Place of Offense:**  **Category No.** I  **Investigating Agency** DEA

**City** Boston  **Related Case Information:**

**County** Suffolk

Superseding Ind./ Inf.  X  Case No. 03-10370-DPW
Same Defendant  X  New Defendant
Magistrate Judge Case Number  03-0454-RBC
Search Warrant Case Number  03-0455-61, 0477, 0479-84-RBC
R 20/R 40 from District of

**Defendant Information:**

Defendant Name  Scott Myers  Juvenile: ☐ Yes  ■ No
Alias Name
Address  405 Columbus Avenue, Boston, MA
Birthdate: 1968  SS #  Sex: Male  Race: White  Nationality:

**Defense Counsel if known:**  Address
Bar Number

**U.S. Attorney Information:**

AUSA  Rachel E. Hershfang/Denise J. Casper  Bar Number if applicable

Interpreter: ☐ Yes  ■ No  List language and/or dialect:

**Matter to be SEALED:**  ■ Yes  ☐ No

■ Warrant Requested  ☐ Regular Process  ☐ In Custody

**Location Status:**

Arrest Date

x  Already in Federal Custody as of  12/03  in
☐ Already in State Custody at  ☐ Serving Sentence  ☐ Awaiting Trial
☐ On Pretrial Release:  Ordered by:  on

**Charging Document:**  ☐ Complaint  ☐ Information  ■ Indictment

**Total # of Counts:**  ☐ Petty ——  ☐ Misdemeanor ——  ■ Felony  1

Continue on Page 2 for Entry of U.S.C. Citations

■ I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.

Date: October 28, 2004  Signature of AUSA:

**District Court Case Number** (To be filled in by deputy clerk): _____

**Name of Defendant**  Scott Myers

**U.S.C. Citations**

| Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|
| Set 1  21 U.S.C. § 846 | Conspiracy to possess with intent to distribute Marijuana | 1 |
| Set 2 | | |
| Set 3 | | |
| Set 4 | | |
| Set 5 | | |
| Set 6 | | |
| Set 7 | | |
| Set 8 | | |
| Set 9 | | |
| Set 10 | | |
| Set 11 | | |
| Set 12 | | |
| Set 13 | | |
| Set 14 | | |
| Set 15 | | |

**ADDITIONAL INFORMATION:** _____

_____

JS 45 (5/97) - (Revised U.S.D.C. MA 2/7/02)

# Criminal Case Cover Sheet | U.S. District Court - District of Massachusetts

**Place of Offense:**  **Category No.** I  **Investigating Agency** DEA

**City** Boston  **Related Case Information:**

**County** Suffolk

Superseding Ind./ Inf.  X  **Case No.** 03-10370-DPW
Same Defendant  X  New Defendant
Magistrate Judge Case Number  03-0454-RBC
Search Warrant Case Number  03-0455-61, 0477, 0479-84-RBC
R 20/R 40 from District of

## Defendant Information:

**Defendant Name** Jose Vezga  **Juvenile:** ☐ Yes ■ No

**Alias Name**

**Address** 11 Melrose Avenue, Wakefield, MA

**Birthdate:** 1958  **SS #**  **Sex:** Male  **Race:** Hispanic  **Nationality** Venezuela

**Defense Counsel if known:**  **Address**

**Bar Number**

## U.S. Attorney Information:

**AUSA** Rachel E. Hershfang/Denise J. Casper  **Bar Number if applicable**

**Interpreter:** ☐ Yes ■ No  List language and/or dialect:

**Matter to be SEALED:** ■ Yes ☐ No

☐ Warrant Requested  ☐ Regular Process  X In Custody

**Location Status:**

**Arrest Date** 12/3/03

☐ Already in Federal Custody as of _____ in _____
☐ Already in State Custody at _____ ☐ Serving Sentence  ☐ Awaiting Trial
X On Pretrial Release: Ordered by: MJ Collings  on 12/3/03

**Charging Document:** ☐ Complaint  ☐ Information  ■ Indictment

**Total # of Counts:** ☐ Petty ___ ☐ Misdemeanor ___ ■ Felony 1

Continue on Page 2 for Entry of U.S.C. Citations

■ I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.

Date: October 28, 2004  Signature of AUSA: _____

**District Court Case Number**   (To be filled in by deputy clerk): _____

**Name of Defendant**   Jose Vezga

**U.S.C. Citations**

| | **Index Key/Code** | **Description of Offense Charged** | **Count Numbers** |
|---|---|---|---|
| Set 1 | 21 U.S.C. § 846 | Conspiracy to possess with intent to distribute Marijuana | 1 |
| Set 2 | | | |
| Set 3 | | | |
| Set 4 | | | |
| Set 5 | | | |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:** _____

bannerjs45.wpd - 2/7/02

JS 45 (5/97) - (Revised U.S.D.C. MA 2/7/02)

# Criminal Case Cover Sheet — U.S. District Court - District of Massachusetts

**Place of Offense:**  
City: Boston  
County: Suffolk  

**Category No.** I  
**Investigating Agency** DEA  

**Related Case Information:**  
Superseding Ind./ Inf.   X          Case No. 03-10370-DPW  
Same Defendant _____    New Defendant  X  
Magistrate Judge Case Number   03-0454-RBC  
Search Warrant Case Number   03-0455-61, 0477, 0479-84-RBC  
R 20/R 40 from District of _____

**Defendant Information:**

Defendant Name: Frank Giglio    Juvenile: ☐ Yes  ■ No  
Alias Name: _____  
Address: _____  

Birthdate: _____   SS #: _____   Sex: Male   Race: White   Nationalit: _____

**Defense Counsel if known:** _____   Address: _____  
Bar Number: _____

**U.S. Attorney Information:**

AUSA: Rachel E. Hershfang/Denise J. Casper    Bar Number if applicable: _____

Interpreter: ☐ Yes  ■ No     List language and/or dialect: _____

**Matter to be SEALED:** ■ Yes  ☐ No

X Warrant Requested   ☐ Regular Process   ☐ In Custody

**Location Status:**

Arrest Date: _____

☐ Already in Federal Custody as of _____ in _____  
☐ Already in State Custody at _____  ☐ Serving Sentence   ☐ Awaiting Trial  
☐ On Pretrial Release: Ordered by: _____ on _____

**Charging Document:** ☐ Complaint   ☐ Information   ■ Indictment  
**Total # of Counts:** ☐ Petty   ☐ Misdemeanor   ■ Felony  1

Continue on Page 2 for Entry of U.S.C. Citations

I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.

Date: October 28, 2004    Signature of AUSA: _____

**District Court Case Number**   (To be filled in by deputy clerk): _____

**Name of Defendant**    Frank Giglio

**U.S.C. Citations**

| | Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|---|
| Set 1 | 21 U.S.C. § 846 | Conspiracy to possess with intent to distribute Marijuana | 1 |
| Set 2 | | | |
| Set 3 | | | |
| Set 4 | | | |
| Set 5 | | | |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:**