Honorable Douglas P. Woodlock

December 25, 2004

John Joseph Moakley United States Courthouse
1 Courthouse Way
Boston, MA 02210

Scott Myers 26662
P.C.C.F.
26 Long Pond Road
Plymouth, MA 02360

Dear Honorable Woodlock,

Thank you.

Sincerely,

Scott Myers

P.S. Happy Holidays