UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES<br><br>v.<br><br>DOUGLAS K. BANNERMAN, et al.,<br><br><br><br>Defendant | CRIM. NO. 03-10370-DPW |

DEFENDANT GARY NEWELL'S MOTION TO JOIN
DEFENDANT MACAULEY'S MOTION TO STRIKE
SURPLUSAGE FROM SUPERSEDING INDICTMENT

Now comes the defendant Gary Newell in the above-captioned

case and hereby moves to join in co-defendant Daniel Macauley's

Motion to Strike Surplusage from Superseding Indictment,

including his memorandum in support, which was filed with the

Court on or about January 10, 2005.

Dated:   January 11, 2005

Respectfully submitted,
Gary Newell,
By his attorney,

Debra A. DelVecchio
B.B.O. No. 542139
DEL VECCHIO & HOUSEMAN
15 Front Street
Salem, MA  01970
(978) 740-5999

CERTIFICATE OF SERVICE

I hereby certify that a true and complete copy of this document was
served upon the attorney of record for each party and each party
appearing pro se, by mail, hand-delivery, facsimile, _____
_____, on _____ 1/11/05 _____