

# M E M O R A N D U M

To:   Honorable Douglas P. Woodlock
     U.S. District Judge

From:   Martha C. Victoria  *mcv*
     U.S. Probation Officer

Re:    USA v. Scott Myers
     Dkt.: 03-10370-DPW

Date:   May 5, 2005


On April 28, 2005, Scott Myers pled guilty to one count of Conspiracy to Possess with Intent to Distribute Marijuana, in violation of 21 U.S.C. § 846. The case is scheduled for disposition on July 14, 2005. This office is requesting approval from the Court to obtain details regarding juvenile offenses pertaining to Scott Myers from the following juvenile courts: Brookline Juvenile Court, West Roxbury Juvenile Court, Dorchester Juvenile Court, Boston Juvenile Court, Quincy Juvenile Court, Roxbury Juvenile Court, Stoughton Juvenile Court, and Cambridge Juvenile Court. This court will not release the information unless it is court-ordered.

This office is, therefore, respectfully requesting that the Court sign the enclosed orders and then return them to this office.