**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

|  |  |  |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| **v.** | ) | **CRIMINAL NO. 03-CR-10370-DPW** |
| | ) | |
| **DOUGLAS BANNERMAN, et al.,** | ) | |
| Defendants | ) | |

<u>**NOTICE OF APPEARANCE**</u>

Now comes the Assistant United States Attorney ("AUSA") and hereby gives notice of his appearance as government counsel in the above-captioned matter.

Respectfully submitted,

MICHAEL J. SULLIVAN
United States Attorney

By: _/s/ Peter K. Levitt_
PETER K. LEVITT
Assistant U.S. Attorney
United States Attorney's Office
One Courthouse Way, Suite 9200
Boston, MA  02210
(617) 748-3355

Dated:  July 18, 2005