United States of America

United States

v.

Scott B. Myers

FILED
U.S. ???'S OFFICE

2006 JAN 24 A 11:41

DISTRICT COURT
DISTRICT OF MASS.

Criminal No.

103 CR 10370-DPW-7

Motion for Emergency Modification

Now comes the defendant in the above-captioned matter moving this Honorable court for Emergency modification for refferall to Drug Treatment Facility. Please see affidavit attached.

Respectfully Submitted,

Scott Myers

Scott Myers
405 Columbus Ave #603
Boston MA 02116
(617) 437 8422