Affidavit in Support

1. I requested upon release a referral to received therapy for personal issues.

2. In the midst of my personally seeking therapy I relapsed and gave two negative urine screenings.

3. I personally addressed this relapse through the Faulkner Hospital in Jamaica Plain Mass.

4. Due to my not detoxifying the staff at Faulkner didn't believe my drug usage. I then continued to call my probation department for "overnight" detox refferall.

5. Weeks thereafter I received a telephone call to report to probation for assistance. Please note, I discontinued usage.

6. I was subsequently referred to detox and the Ryan Nowe in Lynn, MA.

7. I accumulated debt prior to entering the Ryan Nowe and with recovery a priority I have been moving for employment and generating my business Allsource Inc.

(OVER)

8. Ace Employment assigned me to the A.B.C.D. program for temporary employment (I have also submitted my resume to various businesses).

9. On January 24, 2006, a counselor from the Ryan House made a call to Ace telling them that he was working for my Federal Probation Officer and I am subject to violation if I take the position because the Program does not allow clients to work temporary positions (where they have allowed clients to just weeks ago) and that I cannot work for Ace. Being I would be representing Ace this caused Ace to be very concerned.

10. I addressed staff at Ryan House, Probation, and this Honorable court clerk regarding these matters.

11. My being impeded in employment and business development has me two (2) months back in rent and literally under water with bills that I obligated myself to upon release.

12. I do understand the circumstances if I choose to not be clear surrounding my recovery and I respectfully request that this court modify my sixty (60) day referral to (30) thirty to enable my to support my family and assist my children on their legal matters.
Signed under the pains and penalties of perjury -