.. **Department of Justice**
**United States Marshals Service**

**PROCF    RECEIPT AND RETURN**

| PLAINTIFF UNITED STATES OF AMERICA | | | FILED N CLERKS OFFICE | COURT CASE NUMBER 03-CR-10370-DPW |
|---|---|---|---|---|
| DEFENDANT **Douglas Bannerman, et. al.,** | | | 2006 MAR -3 P 3:58 | TYPE OF PROCESS **Preliminary Order of Forfeiture** |

| **SERVE** ▶ **AT** | NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN |
|---|---|
| | Publication   U.S. DISTRICT COURT  DISTRICT OF MASS |
| | ADDRESS *(Street or RFD, Apartment No., City, State, and ZIP Code)* |

| SEND NOTICE OF SERVICE TO REQUESTER AT NAME AND ADDRESS BELOW: | |
|---|---|
| Jennifer H. Zacks, Assistant U.S. Attorney United States Attorney's Office John Joseph Moakley United States Courthouse 1 Courthouse Way, Suite 9200 Boston, MA 02210 | Number of process to be served with this Form - 285 |
| | Number of parties to be served in this case |
| | Check for service on U.S.A. |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE *(Include Business and Alternate Address, All Telephone Numbers, and Estimated Times Available For Service)*

Please publish the attached Notice of Order of Forfeiture at least once for three (3) successive weeks in the Boston Herald or any other newspaper of general circulation in the District of Massachusetts, in accordance with the attached Preliminary Order of Forfeiture.
NES ext. 3280

| Signature of Attorney or other Originator requesting service on behalf of : ☒ PLAINTIFF ☐ DEFENDANT | TELEPHONE NUMBER (617) 748-3100 | DATE 11/17/05 |
|---|---|---|

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY - DO NOT WRITE BELOW THIS LINE**

| I acknowledge receipt for the total number of process indicated. *(Sign only first USM 285 if more than one USM 285 is submitted)* No. | Total Process No. | District of Origin No. 38 | District to Serve No. 38 | Signature of Authorized USMS Deputy or Clerk | Date 12/16/05 |
|---|---|---|---|---|---|

I hereby certify and return that I ☐ have personally served, ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc. at the address shown above or on the individual, company, corporation, etc., shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc., named above *(See remarks below)*.

| Name and title of individual served *(If not shown above)*. | | | | | ☐ A person of suitable age and discretion then residing in the defendant's usual place of abode. | |
|---|---|---|---|---|---|---|
| Address *(complete only if different than shown above)* | | | | | Date of Service 2/10/06   Time   am pm | |
| | | | | | Signature of U.S. Marshal or Deputy | |
| Service Fee | Total Mileage Charges *(including endeavors)* | Forwarding Fee | Total Charges | Advance Deposits | Amount Owed to US Marshal or | Amount or Refund |

REMARKS:
Advertised in the Boston Herald on Dec 8, Dec 15 and Dec 22, 2005.

| PRIOR EDITIONS MAY BE USED | **1. CLERK OF THE COURT** | FORM USM 285 (Rev. 12/15/80) |
|---|---|---|

☐ *USMS RECORD*   ☐ *NOTICE OF SERVICE*   ☐ *BILLING STATEMENT*   ☐ *ACKNOWLEDGMENT OF RECEIPT*