# UNITED STATES DISTRICT COURT

_____ District of _____

UNITED STATES OF AMERICA

V.

SCOTT MYERS

**WARRANT FOR ARREST**

Case    03-10370-DPW

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest _____ SCOTT MYERS _____
                                                    Name

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

☐ Indictment  ☐ Information  ☐ Complain  ☐ Order of court  ☐ Violation    X Probation Violation Petition

charging him or her    (brief description of offense)

Violation of Condition of Release: Defendant shall refrain from excessive use of alcohol and shall not purchase, possess, use, distribute or administer any controlled substance or any paraphernalia related to any controlled substance; defendant shall participate in a program for substance abuse as directed by Program which program may include testing; defendant shall answer truthfully all inquires by the Probation officer and follow instructions of Probation Officer; defendant shall work regularly at a lawful occupation unless excused by the Probation Officer.

in violation of    18    United States Code, Section(s)    3606

Douglas P. Woodlock
Name of Issuing Officer

/s/ Wm. P. Woodlock
Signature of Issuing Officer

United States District Judge
Title of Issuing Officer

8/17/06 at Boston, Massachusetts
Date and Location

Bail fixed at $ _____

Name of Judicial Officer

**RETURN**

This warrant was received and executed with the arrest of the above-named defendant _____

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST | | |