AO 468 (Rev. 1/86) Waiver of Preliminary Examination or Hearing

# UNITED STATES DISTRICT COURT

_____ DISTRICT OF _____

UNITED STATES OF AMERICA
V.

Scott Myers

**WAIVER OF PRELIMINARY EXAMINATION OR HEARING**
(Rule 5 or 32.1, Fed. R. Crim. P.)

CASE NUMBER: 03 10370

I, Scott Myers, charged in a ☐ complaint ☒ petition pending in this District _____

in violation of Supervised release cond, ___ U.S.C., _____,

and having appeared before this Court and been advised of my rights as required by Rule 5 or Rule 32.1, Fed. R. Crim. P., including my right to have a preliminary ~~examination~~ ☒ hearing, do hereby waive (give up) my right to a preliminary ~~examination~~ ☒ hearing.

_____
Defendant

9/20/06
Date

_____
Counsel for Defendant