AO 442   (Rev. 5/93) Warrant for Arrest

# UNITED STATES DISTRICT COURT

Eastern _____ District of   Massachusetts _____

*IN CLERKS OFFICE*
*2007 JAN -5  P 2: 43*
*U.S. DISTRICT COURT*
*DISTRICT OF MASS.*

UNITED STATES OF AMERICA

V.

SCOTT MYERS

**WARRANT FOR ARREST**

Case   03-10370-DPW-RBC

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest _____ SCOTT MYERS _____
Name

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

☐ Indictment  ☐ Information  ☐ Complain  ☐ Order of court  ☐ Violation   X Probation Violation Petition

charging him or her      (brief description of offense)

Violation of the Special Condition: The defendant shall participate in inpatient treatment at Gosnold for a period of 90 days and shall observe the rules of that facility. Upon release, defendant shall reside for a period of 6 months at a sober house approved by probation.

in violation of _____ 18 _____ United States Code, Section(s)  3606 _____

| Michelle Rynne | Deputy Clerk |
|---|---|
| Name of Issuing Officer | Title of Issuing Officer |
| /s/ Michelle Rynne | 12/26/06 at Boston, Massachusetts |
| Signature of Issuing Officer | Date and Location |

Bail fixed at $ _____   by _____
Name of Judicial Officer

**RETURN**

This warrant was received and executed with the arrest of the above-named defendant _____

USMS
1/4/07

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST | | |