UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| **UNITED STATES OF AMERICA,** ) | |
| ) | |
| v.   ) | **CRIMINAL NO. 03-10370-DPW** |
| ) | |
| **SCOTT MYERS**   ) | |

## ORDER

After hearing held on January 16, 2007, it is HEREBY ORDERED that The Miller House shall release all treatment records and logs, including but not limited to sign in/out logs, pass logs, and incident logs, as to SCOTT MYERS that reflect on allegations raised in the Petition for Revocation of Supervised Release filed on December 22, 2006. Records shall be produced no later than January 23, 2007.

                                        BY THE COURT

**January 16, 2007**                    /s/ Michelle Rynne
                                        **Deputy Clerk**