AO 442    (Rev 10/03) Warrant for Arrest

# UNITED STATES DISTRICT COURT

District of _____ MASSACHUSETTS _____

| | |
|---|---|
| UNITED STATES OF AMERICA | **WARRANT FOR ARREST** |
| V. | |
| SCOTT MYERS | Case Number: 03-CR-10370-DPW |

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest    SCOTT MYERS
                                       Name

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

☐ Indictment   ☐ Information   ☐ Complaint   ☐ Order of court   ☐ Probation Violation Petition   ☒ Supervised Release Violation Petition   ☐ Violation Notice

charging him or her with   (brief description of offense)

1. Defendant shall report to the Probation Officer, and shall submit a truthful written report within the first five days of each month.

in violation of Title   18   United States Code, Section(s)   3606

| | |
|---|---|
| Jarrett Lovett | *[signature]* |
| Name of Issuing Officer | Signature of Issuing Officer |
| Courtroom Deputy Clerk | 2/25/2008        Boston, MA |
| Title of Issuing Officer | Date                Location |

## RETURN

This warrant was received and executed with the arrest of the above-named defendant at

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST | | |