# United States District Court
# District of Massachusetts

UNITED STATES OF AMERICA,

    v.                            CRIMINAL NO. 2003-10370-DPW-07

SCOTT MYERS,
       Defendant.

## *ORDER*
## *AFTER PRELIMINARY*
## *HEARING PURSUANT TO*
## *RULE 32.1(a)(1), FED.R.CRIM.P.*

COLLINGS, U.S.M.J.

    A preliminary hearing pursuant to Rule 32.1(a)(1), Fed.R.Crim.P. was held on April 7, 2008. The defendant was present represented by counsel.

    Upon a review of the evidence presented, I find that there is probable cause to believe that the defendant committed the violation(s) with which he is charged in the Petition.

    Accordingly, pursuant to Rule 32.1(a)(1), Fed.R.Crim.P., it is ORDERED

that the defendant be, and he hereby is, held for a final revocation hearing before the District Judge to whom this case is assigned.

The final revocation hearing is set for **Wednesday, April 23, 2008 at 2:00 P.M.** at the John Joseph Moakley United States Courthouse, Boston, Massachusetts.

ALL PAPERS ARE RETURNED TO THE CLERK'S OFFICE.  The Clerk shall enter on the docket the fact that the case "is no longer referred to Magistrate Judge Collings."

/s/ Robert B. Collings
ROBERT B. COLLINGS
United States Magistrate Judge

April 9, 2008.