♦AO 442   (Rev 10/03) Warrant for Arrest

# UNITED STATES DISTRICT COURT

District of     MASSACHUSETTS

UNITED STATES OF AMERICA

v.

SCOTT MYERS

**WARRANT FOR ARREST**

Case Number: 03-CR-10370-DPW

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest    **SCOTT MYERS**
                                                                                                   Name

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

☐ Indictment ☐ Information ☐ Complaint ☐ Order of court ☐ Probation Violation Petition ☑ Supervised Release Violation Petition ☐ Violation Notice

charging him or her with (brief description of offense)

1. Defendant shall report to the Probation Officer, and shall submit a truthful written report within the first five days of each month.

in violation of Title  **18**  United States Code, Section(s)  **3606**

Jarrett Lovett
Name of Issuing Officer

Courtroom Deputy Clerk
Title of Issuing Officer

*[signature]*
Signature of Issuing Officer

2/25/2008     Boston, MA
Date           Location

| **RETURN** |
|---|
| This warrant was received and executed with the arrest of the above-named defendant at |

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST | | |