```
                    UNITED STATES DISTRICT COURT
                     DISTRICT OF MASSACHUSETTS


UNITED STATES OF AMERICA    )
                            )
        V.                  )    Criminal No.  03-10370-DPW
                            )
Scott Myers                 )
```

**NOTICE OF APPEARANCE**

Now comes the undersigned Assistant United States Attorney and hereby gives notice of his appearance as counsel for the United States of America in the captioned matter.

```
                        Respectfully submitted,

                        MICHAEL J. SULLIVAN
                        United States Attorney

                        By:  /s/: Nathaniel R. Mendell

                        Nathaniel R. Mendell
                        Assistant U.S. Attorney
                        United States Attorney's Office
                        One Courthouse Way, Suite 9200
                        Boston, MA 02210
                        (617) 748-3304
```

Dated: May 20, 2008

CERTIFICATE OF SERVICE

    I hereby certify that this document(s) filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non registered participants on May 20, 2008

    /s/: Nathaniel R. Mendell

    NathanielR. Mendell
    Assistant U.S. Attorney

Dated: May 20, 2008