UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | Criminal No. 03-10370-DPW |
| ) | |
| SCOTT MYERS ) | |

**NOTICE OF WITHDRAWAL**

      Now comes the undersigned Assistant United States Attorney and hereby gives notice of her withdrawal as counsel for the United States of America in the captioned matter.

                                                      Respectfully submitted,

                                                      MICHAEL J. SULLIVAN
                                                      United States Attorney

                                       By:    */s/: Rachel E. Hershfang*
                                                 RACHEL E. HERSHFANG
                                                 Assistant U.S. Attorney

Dated: May 22, 2008

## **CERTIFICATE OF SERVICE**

      I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non registered participants on May 22, 2008.

                                               */s/: Rachel E. Hershfang*
                                               RACHEL E. HERSHFANG
                                               Assistant U.S. Attorney