AO 468 (Rev. 1/86) Waiver of Preliminary Examination or Hearing

# UNITED STATES DISTRICT COURT

_____ DISTRICT OF _____ MASSACHUSETTS _____

| | |
|---|---|
| UNITED STATES OF AMERICA<br>V.<br><br>Scott Myers | **WAIVER OF PRELIMINARY<br>EXAMINATION OR HEARING**<br>(Rule 5 or 32.1, Fed. R. Crim. P.)<br><br>CASE NUMBER: CR 03-10370-DPW |

I, _Scott Myers_ , charged in a ☐ complaint ☑ petition

pending in this District _with a_ _____

in violation of _Supervised Release_ , U.S.C., _____ ,

and having appeared before this Court and been advised of my rights as required by Rule 5 or Rule 32.1, Fed. R. Crim. P., including my right to have a _____ ☐ examination ☑ hearing , do hereby waive (give up) my right to a preliminary ☐ examination ☑ hearing.

_____
Defendant

_6/3/08_                                          _[signature]_
Date                                              Counsel for Defendant

DOCKETED                                   (478)