June 18, 2008

Honorable Robert Collins
United States District Court
District of Massachusetts
One Courthouse Way
Boston, Mass. 02110

Dear Honorable Collins:  03CR10370DPW-07

    Please excuse me. I must take the stance and apologize irrespective of consequences due to your genuiness.

    Sincerely

    Scott Myers #36662
    Plymouth County Correctional Facility
    26 Long Pond Road Unit E-3 #409
    Plymouth, MA 02360

RECEIVED IN OFFICE OF ROBERT ... LINGS U.S. M... JDGE
JU... 2008
UNITED STATES DISTRICT COURT
BOSTON, MASSACHUSETTS