(0/03) Warrant for Arrest

# UNITED STATES DISTRICT COURT

FOR THE _____ District of _____ MASSACHUSETTS

| UNITED STATES OF AMERICA | |
|---|---|
| V. | **WARRANT FOR ARREST** |
| SCOTT MYERS | Case Number: CR 03-10370-DPW-7 |

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest __SCOTT MYERS__
                                         Name

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

☐ Indictment  ☐ Information  ☐ Complaint  X Order of court  ☐ Probation Violation Petition  ☐ Supervised Release Violation Petition  ☐ Violation Notice

charging him or her with  (brief description of offense)

VIOLATION(s) OF CONDITIONS OF RELEASE.

[Stamp: U.S. MARSHAL SERVICE BOSTON, MA 2008 APR 17 P 3]

in violation of Title _____ United States Code, Section(s) _____

ROBERT B. COLLINGS
Name of Issuing Officer

UNITED STATES MAGISTRATE JUDGE
Title of Issuing Officer

Signature of Issuing Officer - by Nomer [illegible]

4/17/08  U.S.D.C. BOSTON
Date and Location

[Seal: United States District Court, District of Massachusetts]

WARRANT EXECUTED BY
RETURN ARRAIGNMENT OF THE
BY ARREST DEFENDANT ON 6/2/08

This warrant was received and executed with the arrest of the above-named defendant at _____

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST | | |