◈AO 442   (Rev 10/03)  Warrant for Arrest

# UNITED STATES DISTRICT COURT

_____ District of _____ MASSACHUSETTS

| UNITED STATES OF AMERICA | |
|---|---|
| V. | **WARRANT FOR ARREST** |
| SCOTT MYERS | Case Number: 03-CR-10370-DPW |

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest   **SCOTT MYERS**
_____
                                                                    Name

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

☐ Indictment  ☐ Information  ☐ Complaint  ☑ Order of court  ☐ Probation Violation Petition  ☐ Supervised Release Violation Petition  ☐ Violation Notice

charging him or her with  (brief description of offense)

Failure to appear at hearing.

[Stamp: U.S. MARSHAL SERVICE BOSTON, MA 2008 MAY 20 A 10: 23]

in violation of Title  __18__  United States Code, Section(s)  __401__

| Jarrett Lovett | [signature] |
|---|---|
| Name of Issuing Officer | Signature of Issuing Officer |
| Courtroom Deputy Clerk | 5/12/2008       Boston, MA |
| Title of Issuing Officer | Date              Location |

WARRANT EXECUTED BY _____
ARREST/ARRAIGNMENT OF THE
DEFENDANT ON __6/2/08__

**RETURN**

This warrant was received and executed with the arrest of the above-named defendant at

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST | | |