```
                   UNITED STATES DISTRICT COURT
                    DISTRICT OF MASSACHUSETTS
```

```
_____
                            )
UNITED STATES OF AMERICA,   )
                            )
     v.                     )
                            )      Criminal No. 03-10370-DPW
SCOTT MYERS,                )
                            )
     Defendant.             )
_____)
```

### DEFENDANT'S MOTION FOR COPY OF TRANSCRIPT OF CHANGE OF PLEA HEARING

Defendant, by his attorney, hereby moves this Court to enter an order that he be provided with a transcript, at government expense, of the change of plea hearing in the above case that took place on August 28, 2005, on the ground that the transcript is necessary with respect to the hearing on revocation of defendant's supervised release presently scheduled for July 21, 2008.

```
                              Respectfully submitted,

                              s/ Jonathan Shapiro
                              Jonathan Shapiro
                              BBO No. 454220
                              Stern Shapiro Weissberg
                                 & Garin LLP
                              90 Canal Street
                              Boston, MA 02114
                              617-742-5800
```

Dated: July 9, 2008

## Certificate of Service

    This is to certify that the foregoing document, filed through the ECF system, will be served electronically on all of the registered participants on July 9, 2008.

                                              s/ Jonathan Shapiro
                                              Jonathan Shapiro