AO 187 (Rev. 7/87) Exhibit and Witness List

# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MASSACHUSETTS

UNITED STATES

V.

SCOTT MYERS

**EXHIBIT AND WITNESS LIST**

Case Number: 03-CR-10370-DPW

| PRESIDING JUDGE<br>DOUGLAS P. WOODLOCK | PLAINTIFF'S ATTORNEY<br>AUSA Nathaniel R. Mendell | DEFENDANT'S ATTORNEY<br>Jonathan Shapiro |
|---|---|---|
| TRIAL DATE (S)<br>Revocation hrg 6/23/2008 & 7/21/2008 | COURT REPORTER<br>Diane Molas | COURTROOM DEPUTY<br>Jarrett Lovett |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
| x | | 6/23/2008 | | | Jeffrey Smith, U.S. Probation Officer (witness) |
| 1 | | 6/23/2008 | x | x | Order Setting Conditions of Release dated 4/9/08 |
| 2 | | 6/23/2008 | x | x | Random Urinalysis Report dated 4/16/08 |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

Page 1 of __1__ Pages